

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2019

No. 04-19-00618-CV

Santiago **RAMIREZ,** Jr. and Ancient Sunlight, Ltd.,
Appellants

v.

Sonia Garza **RODRIGUEZ,** et al,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 10,520
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

Appellees have filed a second unopposed motion for a 4-day extension of time to file appellees' brief, or until December 6, 2019. Appellees' unopposed motion is GRANTED. Appellees' brief is due no later than December 6, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court